Magistrate Judge Theresa L. Fricke

```
_____ FILED      _____ LODGED
       _____ RECEIVED
         Mar 28 2025
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALVARO JOSE FLORES-BARBOZA<br><br>Defendant. | CASE NO. 3:25-mj-05120<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C., Section 751(a) |

BEFORE THERESA L. FRICKE, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**Escape from Custody**

On or about March 26, 2025, in Pierce County, within the Western District of Washington, ALVARO JOSE FLORES-BARBOZA did knowingly escape from custody in the Northwest ICE Processing Center (NWIPC), an institutional facility in which he was lawfully confined at the direction of the Attorney General and Secretary of the

Complaint - 1
*United States v. Flores-Barboza*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Department of Homeland Security, and by officers and employees of the United States
2  pursuant to lawful arrest.
3      All in violation of Title 18, United States Code, Section 751(a).
4      The undersigned complainant, Robert Chin, being duly sworn, further deposes and
5  states as follows:

## INTRODUCTION

6

7      1.   I, Alex Simon, am a Criminal Investigator/Deputy U.S. Marshal assigned to
8  the Western District of Washington, Seattle Office. I began my employment with the
9  U.S. Marshals Service in 2022. I graduated from the Criminal Investigators Training
10 Program at the Federal Law Enforcement Training Center and the U.S. Marshals Service
11 Training Academy. I am currently assigned to the Pacific Northwest Violent Offender
12 Task Force where one of my responsibilities has been fugitive investigations and
13 apprehensions. I have assisted on many high-risk violent and high-profile fugitive cases.
14 I have used various methods to conduct in depth and intricate investigations to locate and
15 apprehend fugitives.
16     2.   The information contained in this Complaint is based on my own
17 investigation, which includes, but is not limited to, personal knowledge, information
18 relayed to me by other law enforcement officers and witnesses, and my review of the
19 evidence. The discussion below includes only the information I believe necessary to
20 establish probable cause that FLORES-BARBOZA committed the offense alleged in this
21 Complaint. I do not purport to summarize all the evidence gathered during my
22 investigation, nor does the discussion below include all facts known to me or others
23 involved with this investigation.

## SUMMARY OF PROBABLE CAUSE

24

25     1.   USCIS maintains an alien registration administration file—commonly
26 referred to as an "A-file" with Alien Registration Number (A-number) A240 530 889, on
27 FLORES-BARBOZA. This file is the official immigration file maintained by USCIS and

Complaint - 2
United States v. Flores-Barboza

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

is a consolidated repository of all known immigration contacts with FLORES-BARBOZA.

2. At all times relevant and material to this Complaint, FLORES-BARBOZA was a native and citizen of Venezuela, and not the United States. On an unknown date and an unknown location, FLORES-BARBOZA entered the United States without being inspected or admitted.

3. FLORES-BARBOZA's A-file contains notices and warrants that authorize the Department of Homeland Security to arrest and detain.

4. FLORES-BARBOZA's A-file contains orders that authorize DHS to make determinations on FLORES-BARBOZA's custody status and impose conditions and restrictions on FLORES-BARBOZA's movement and activities.

5. On March 20, 2025, a Homeland Security Investigations (HSI) supervisory special agent issued a Form I-200, Warrant for Arrest of Alien, authorizing any immigration officer authorized pursuant to INA Sections 236 and 287 to arrest FLORES-BARBOZA for civil administrative immigration processing. HSI arrested FLORES-BARBOZA that same day and served FLORES-BARBOZA with a Form I-286, Notice of Custody Determination.

6. FLORES-BARBOZA requested an immigration judge review his custody status. HSI transferred FLORES-BARBOZA's custody to Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). ERO lawfully detained FLORES-BARBOZA at Northwest ICE Processing Center (NWIPC) in Tacoma, Washington.

7. On March 26, 2025, FLORES-BARBOZA was in custody for purposes of immigration removal proceedings.

8. On March 26, 2025 at approximately 7:20 pm, a perimeter security officer at NWIPC found a sweatshirt stuck on concertina wire on the perimeter fence. At approximately 7:25 pm, NWIPC facility staff reviewed the closed-circuit television

Complaint - 3
*United States v. Flores-Barboza*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

footage and noticed that approximately 6:50 pm, an individual scaled the perimeter fences and escaped on foot. At 8:05 pm, NWIPC staff conducted a face-to-photo headcount and identified the escaped individual as being FLORES-BARBOZA.

9. NWIPC facility staff and ERO deportation officers immediately conducted an area search around NWIPC and in and around Tacoma, Washington and could not locate FLORES-BARBOZA.

## CONCLUSION

Based on the above facts, I respectfully submit that there is probable cause to believe that the defendant committed the aforementioned offense.

*Alexander C. Simon*
ALEX SIMON, Complainant,
Deputy United States Marshal

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

DATED this __28__ day of March 2025

*Theresa L. Fricke*
JUDGE THERESA L. FRICKE
United States Magistrate Judge

Complaint - 4
*United States v. Flores-Barboza*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970